Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re _Gregory Hawkins,_
_____
Debtor

Case No. _08-05806_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274/00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ _68.50_   Check one ☐ With the filing of the petition, or
                          ☒ On or before _3-26-08_

    $ _68.50_   on or before _4/12/08_

    $ _68.50_   on or before _5/12/08_

    $ _68.50_   on or before _6/12/08_

    * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _____        _Gregory Hawkins_   _3/12/08_
Signature of Attorney        Date               Signature of Debtor               Date
                                                (In a joint case, both spouses must sign.)

_____
Name of Attorney

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   _____
                                                Signature of Joint Debtor (if any)        Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 12 2008
KENNETH S. GARDNER, CLERK
PS REP. ~ EG

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re *Gregory Hawkins*
_____Debtor

Case No. *08-05806*

Chapter *13*

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ *68.50*    Check one ☐ With the filing of the petition, or
☒ On or before *3-26-08*

$ *68.50*    on or before *4/12/08*

$ *68.50*    on or before *5/12/08*

$ *68.50*    on or before *6/12/08*

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **MAR 1 2 2008**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**
_____
Kenneth S. Gardner, Clerk of the Court